**Criminal Case Cover Sheet**                      **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** III | **Investigating Agency** DHS HSI |
| **City** Tyngsboro, MA | **Related Case Information:** | |
| **County** Middlesex | Superseding Ind./ Inf.    Case No. | |
| | Same Defendant    New Defendant | |
| | Magistrate Judge Case Number | |
| | Search Warrant Case Number | |
| | R 20/R 40 from District of | |

**Defendant Information:**

Defendant Name: Daniel Whitman     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:

Address: (City & State) Pelham, NH

Birth date (Yr only): 1984    SSN (last4#): 3919    Sex: M    Race: W    Nationality: US

**Defense Counsel if known:**      Address:

**Bar Number:**

**U.S. Attorney Information:**

AUSA: Eugenia M. Carris     Bar Number if applicable:

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect:

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:**

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☐ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 01/04/2021     Signature of AUSA: /s/ Eugenia M. Carris

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Daniel Whitman

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy (to violate 26 U.S.C. § 5861) | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____