UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BIN LU<br><br>Defendant | CRIMINAL No. 21-cr-10148-GAO |

JOINT MOTION TO CONTINUE SENTENCING

The parties jointly move to continue the November 10, 2021 sentencing in the above matter to a mutually-convenient date approximately 90 days hence. As grounds, the parties state that they are in the process of gathering information that will be relevant to the Court in making its sentencing determination. In addition, counsel for Mr. Lu will be on trial in another state this Fall and will be traveling the week of November 8, 2021.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

Bin Lu
By his Attorney,

/s/ Paul V. Kelly/EMC          By:    /s/ Eugenia M. Carris
PAUL V. KELLY, Esq.                   EUGENIA M. CARRIS
                                      Assistant United States Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system which sends copies electronically to the registered participants as identified on the Notice of Electronic Filing.

      /s/ Eugenia M. Carris
      EUGENIA M. CARRIS
      Assistant United States Attorney

Date: September 22, 2021